IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:07cr91(7) |
| | § | |
| ELISA SOTELO MACIAS | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 26, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Withdraw Plea of Guilty (Dkt. 177) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion to Withdraw Plea of Guilty (Dkt. 177) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 11th day of December, 2007.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE